UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.J., a minor, by and through her guardian ad litem, Rhianna Johnson, et al.,<br><br>Plaintiff,<br><br>v.<br><br>Amazon.com, Inc.,<br><br>Defendant. | Case No.: 3:23-CV-1662 TWR (JLB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>(ECF Nos. 34; 46) |

Presently before the Court is Plaintiff and Defendant's Joint Motion to Confirm Minor's Compromise. ("Mot.," ECF No. 34). The Honorable Jill L. Burkhardt has issued a Report and Recommendation ("R&R," ECF No. 46) recommending that the Court grant the Motion. Having carefully reviewed the Parties' arguments, the record, Magistrate Judge Burkhardt's Report and Recommendation, and the relevant law, the Court **ADOPTS** the Report and Recommendation in its entirety.

## BACKGROUND

Magistrate Judge Burkhardt's Report and Recommendation contains a thorough and accurate recitation of the factual and procedural history underlying Plaintiff's cause of action. (See R&R at 2–3). This Order incorporates by reference the background as set forth therein.

## LEGAL STANDARD

When a magistrate judge issues a report and recommendation on a motion pending before a district court judge, the district court must "make a de novo determination of those portion of the report . . . to which objection is made" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). But "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir.), *cert. denied*, 419 U.S. 879 (1974)); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." (emphasis in original)).

## ANALYSIS

As of the date of this Order, the Court has received no objections to Magistrate Judge Burkhardt's Report and Recommendation. (*See* R&R at 12 ("[P]ursuant to 28 U.S.C. § 636(b)(1)(C), any party to this action may file written objections with the Court and serve a copy on all parties no later than December 27, 2024")); Fed. R. Civ. P. 72(b) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."). Having reviewed the Report and Recommendation, the Court finds that it is thorough, well-reasoned, and contains no clear error. The Court therefore **ADOPTS** Magistrate Judge Burkhardt's Report and Recommendation in its entirety.

## CONCLUSION

In light of the foregoing, the Court (1) **ADOPTS** Magistrate Judge Burkhardt's Report and Recommendation in its entirety; (2) **GRANTS IN PART** the Parties' Motion; and (3) **APPROVES AS ADJUSTED** the proposed settlement as fair and reasonable. The Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: January 16, 2025

*[signature: Todd Robinson]*

Honorable Todd W. Robinson
United States District Judge